# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL LANDI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITIBANK, N.A., a national banking association,<br><br>　　　　　Defendants. | Case No.: 2:24-cv-00181-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

　　　Defendant Citibank, N.A. and plaintiff Michael Landi, by and through the Law Office of Kevin L. Hernandez, stipulate Citi shall have up to and including April 22, 2024, to file its responsive pleading in this matter. The current deadline is April 8, 2024. Good cause exists to grant the requested extension so the parties can continue to explore settlement.

. . .

. . .

. . .

. . .

. . .

. . .

{75775985;1}

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED April 4, 2024.

| **AKERMAN LLP** | **LAW OFFICE OF KEVIN L. HERNANDEZ** |
|---|---|
| /s/ Donna M. Wittig<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for defendant Citibank, N.A* | /s/ Kevin L. Hernandez<br>KEVIN L. HERNANDEZ, ESQ.<br>Nevada Bar No. 12594<br>8920 W. Tropicana Avenue, Suite 101<br>Las Vegas, NV 89147<br><br>*Attorney for plaintiff Michael Landi* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 5, 2024

{75775985;1}