1 NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
2 DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
3 AKERMAN LLP
1635 Village Center Circle, Suite 200
4 Las Vegas, Nevada 89134
Telephone: (702) 634-5000
5 Facsimile: (702) 380-8572
Email: natalie.winslow@akerman.com
6 Email: donna.wittig@akerman.com

7 *Attorneys for defendant Citibank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL LANDI, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>CITIBANK, N.A., a national banking association,<br><br>  Defendant. | Case No.: 2:24-cv-00181-JCM-NJK<br><br>**STIPULATION TO ARBITRATE CLAIMS AND STAY ACTION** |

Defendant Citibank, N.A. and plaintiff Michael Landi stipulate as follows:

**RECITALS**

1. On January 26, 2024, Mr. Landi filed his Complaint for alleged violations of the Truth in Lending Act, 15 U.S.C. § 1601, *et seq.* and Regulation Z. ECF No. 1.

2. Citi filed a motion to compel arbitration and to dismiss on April 22, 2024. ECF Nos. 7 and 8.

**STIPULATION**

1. The parties stipulate Mr. Landi will submit his claims in this action to final and binding arbitration before the American Arbitration Association, as provided by the arbitration clause in Mr. Landi's governing credit card agreement. ECF Nos. 7 and 8, Exs. A-1.

2. Mr. Landi's claims against Citi, including discovery between the parties, will be stayed pending arbitration.

3. Judgment upon the award rendered in the arbitration may be entered in this court.

1

76161386;1

4. Therefore, Mr. Landi and Citi respectfully request the court refer Mr. Landi's claims against Citi to final and binding arbitration before AAA and stay this matter, including discovery, pending arbitration.

Dated: April 29th, 2024.

| **AKERMAN LLP** | **LAW OFFICE OF KEVIN L. HERNANDEZ** |
|---|---|
| */s/ Donna M. Wittig* <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> DONNA M. WITTIG, ESQ. <br> Nevada Bar No. 11015 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for defendant Citibank, N.A.* | */s/ Kevin L. Hernandez* <br> KEVIN L. HERNANDEZ, ESQ. <br> Nevada Bar No. 12594 <br> 8920 W. Tropicana Ave, Suite 101 <br> Las Vegas, NV 89147 <br><br> *Attorneys for plaintiff Michael Landi* |

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT COURT JUDGE**

DATED: May 1, 2024