NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: natalie.winslow@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for defendant Citibank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL LANDI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A., a national banking association<br><br>Defendant. | Case No.:   2:24-cv-00181-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendant Citibank, N.A., by and through its attorneys Akerman LLP, and Plaintiff Michael Landi, by and through his attorney Kevin L. Hernandez, stipulate and agree that any and all claims against Citibank, N.A. are dismissed with prejudice, each party to bear its own fees and costs.

DATED July 26, 2024.

| **The Law Office of Kevin L. Hernandez** | **Akerman LLP** |
|---|---|
| By: /s/ *Kevin L. Hernandez*<br>KEVIN L. HERNANDEZ, ESQ.<br>Nevada Bar No. 12594<br>8920 W. Tropicana Avenue, Suite 101<br>Las Vegas, Nevada 89147<br><br>*Attorneys for plaintiff Michael Landi* | By: /s/ *Donna M. Wittig*<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for defendant Citibank, N.A.* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: July 29, 2024

77407163;1